DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY RAY ROGERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3125

[January 23, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit; Martin County, Sherwood Bauer, Judge; L.T. Case No. 431989CF000437.

Stanley Ray Rogers, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and GERBER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***